UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MORGAN PEARSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:16 CV 1450 CDP |
| | ) | |
| LOGAN UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

After careful consideration, I will deny the motion for protective order and permit plaintiffs to depose Dr. James Paine. However, plaintiffs' counsel should coordinate with defense counsel and Dr. Paine (or his attorney if he is represented) to select a <u>mutually agreeable</u> date and time for the deposition in accordance with Dr. Paine's availability.

Accordingly,

**IT IS HEREBY ORDERED** that the motion for protective order [31] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 8th day of November, 2017.